| | | |
|---|---|---|
| People v Flores | 1st Dept: 144 AD3d 540 (NY) | denied 2/16/17 (Rivera, J.) |
| People v Ford | 4th Dept: 144 AD3d 1682 (Monroe) | denied 2/7/17 (DiFiore, Ch. J.) |
| People v Fowler | 1st Dept: 145 AD3d 437 (Bronx) | denied 2/23/17 (DiFiore, Ch. J.) |
| People v Freeman | 4th Dept: 144 AD3d 1581 (Ontario) | denied 2/28/17 (DiFiore, Ch. J.) |
| People v Friedman | App Div, 2d Dept: 2016 NY Slip Op 95317(U) (Queens) | dismissed 2/24/17 (Rivera, J.) |
| People v Fuller (Jeffrey) | 2d Dept: 145 AD3d 1086 (Rockland) | denied 2/14/17 (Stein, J.) |
| People v Fuller (Paris) | 1st Dept: 145 AD3d 641 (NY) | denied 2/24/17 (Rivera, J.) |
| People v Fulton | App Div, 4th Dept, 11/29/16 (Monroe) | dismissed 2/14/17 (DiFiore, Ch. J.) |
| People v Galarza | 1st Dept: 127 AD3d 407 (Bronx) | denied 2/23/17 (Fahey, J.) |
| People v Garcia | 4th Dept: 143 AD3d 1283 (Monroe) | denied 2/15/17 (Abdus-Salaam, J.) |
| People v German | 4th Dept: 145 AD3d 1550 (Cayuga) | denied 2/28/17 (DiFiore, Ch. J.) |
| People v Giammichele | 3d Dept: 144 AD3d 1320 (Ulster) | denied 2/9/17 (DiFiore, Ch. J.) |
| People v Gilbert | 3d Dept: 145 AD3d 1196 (Albany) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Gilette | 2d Dept: 145 AD3d 796 (Queens) | denied 2/9/17 (DiFiore, Ch. J.) |
| People v Golgoski | 3d Dept: 145 AD3d 1195 (Ulster) | denied 2/23/17 (Fahey, J.) |
| People v Gomez | 2d Dept: 137 AD3d 1161 (Dutchess) | denied 2/23/17 (Fahey, J.) |
| People v Gonsalez | 2d Dept: 144 AD3d 841 (Nassau) | denied 2/1/17 (Abdus-Salaam, J.) |
| People v Gonyeau | 4th Dept: 144 AD3d 1574 (Wayne) | denied 2/22/17 (Abdus-Salaam, J.) |
| People v Gonzalez | 1st Dept: 145 AD3d 586 (NY) | denied 2/15/17 (Garcia, J.) |
| People v Goodwine | App Div, 2d Dept: 2016 NY Slip Op 83569(U) (Westchester) | denied 2/1/17 (Abdus-Salaam, J.) |
| People v Green | 1st Dept: 144 AD3d 589 (NY) | denied 2/15/17 (Garcia, J.) |
| People v Griffith | 3d Dept: 136 AD3d 1114 (Albany) | denied 2/21/17 (Fahey, J.) |
| People v Grohoske (Calvin) | App Div, 1st Dept: 148 AD3d 97 (NY) | denied 2/16/17 (Stein, J.) |
| People v Grohoske (Diann) | App Div, 1st Dept: 148 AD3d 97 (NY) | denied 2/16/17 (Stein, J.) |